CHRISTOPHER D. PHIPPS, ESQ.
Nevada State Bar No. 3788
ALAN W. WESTBROOK, ESQ.
Nevada State Bar No. 6167
PERRY & WESTBROOK
A Professional Corporation
6490 South McCarran Blvd., Suite C-20
Reno, Nevada 89509
Telephone: (775) 829-2002
Facsimile : (775) 829-1808
E-Mail: cphipps@perrywestbrook.com;
awestbrook@perrywestbrook.com
Attorneys for Defendant
GRANITE RIDGE COMMUNITY ASSOCIATION,
a Nevada non-profit corporation

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WILMINGTON TRUST, N.A., SUCCESSOR TRUSTEE TO CITIBANK, N.A., AS TRUSTEE, FOR THE BENEFIT OF REGISTERED HOLDERS OF STRUCTURED ASSET MORTGAGE INVESTMENTS II TRUST 2007-AR1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-AR1, | Case No.: 2:16-cv-02720-JCM-NJK |

**STIPULATION AND ORDER TO REASSIGN MATTER TO THE UNOFFICIAL NORTHERN DISTRICT**

Plaintiff,

vs.

STANDARD STREET LLC, a Nevada
limited liability company; GRANITE
RIDGE COMMUNITY ASSOCIATION, a
Nevada non-profit corporation,

Defendants.
_____/

WHEREAS the real property which is the subject of this action is located in

Washoe County, Nevada;

WHEREAS the foreclosure sale undertaken with respect to the subject real

property was conducted in Washoe County, Nevada; and

WHEREAS this matter was inadvertently filed in the Unofficial Southern Division of the Court.

IT IS HEREBY STIPULATED AND AGREED THAT this matter be transferred and reassigned to the Unofficial Northern Division of the Court for all further proceedings.

DATED this 25th day of January, 2017.          DATED this 30th day of January, 2017.

BALLARD SPAHR LLP                              PERRY & WESTBROOK
                                               A Professional Corporation


ABRAN E. VIGIL, ESQ.                           CHRISTOPHER D. PHIPPS, ESQ.
Nevada State Bar No. 7548                       Nevada State Bar No. 3788
SYLVIA O. SEMPER, ESQ.                          ALAN W. WESTBROOK, ESQ.
Nevada State Bar No. 12863                      Nevada State Bar No. 6167
100 North City Parkway, Suite 1750              6490 South McCarran Blvd., Suite C-20
Las Vegas, Nevada 89106                         Reno, Nevada 89509
Telephone: (702) 471-7000                       Telephone: (775) 829-2002
Facsimile: (702) 471-7070                       Facsimile: (775) 829-1808

Attorneys for Plaintiff                         Attorneys for Defendant
                                                GRANITE RIDGE COMMUNITY
                                                ASSOCIATION, a Nevada non-profit
                                                corporation

## ORDER

IT IS SO ORDERED February 1, 2017.


_____
UNITED STATES DISTRICT JUDGE